**Order entered August 11, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00570-CR

### EX PARTE MICHAEL DWAIN BRADSHAW

**On Appeal from the Criminal District Court No. 3
Dallas County, Texas
Trial Court Cause No. F14-49105-J**

## ORDER

Appellant's August 9, 2016 motion to permit the filing of additional briefs is **DENIED**.


/s/     MOLLY FRANCIS
JUSTICE